# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GUIZAR,<br><br>  Petitioner,<br><br>  v.<br><br>RAUL LOPEZ,<br><br>  Respondent. | 1:11-cv-00962 AWI MJS HC<br><br>ORDER DENYING MOTION FOR EXCUSE OF SUBSTANTIAL DELAY IN FILING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. 2) |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On June 14, 2011, Petitioner filed a motion for excuse of substantial delay in filing his Petition for Writ of Habeas Corpus. On November 28, 2011, Respondent filed a motion to dismiss the petition as untimely. (Mot. to Dismiss, ECF No. 11.) In response, Petitioner filed an opposition raising the same arguments set forth in his motion for excuse of substantial delay.

It appears Plaintiff's motion seeks to extend the statute of limitations applicable to his habeas petition. However, issues relating to tolling of the statute of limitations will be addressed and determined by the Court when it adjudicates the motion to dismiss.

-1-

1       Accordingly, the motion for excuse of substantial delay is denied without prejudice as
2 duplicative of the issues to be addressed in the pending motion to dismiss.
3
4
5 IT IS SO ORDERED.
6 Dated:   March 16, 2012          /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28